



## Extraction Report - Apple iPhone

## Chats (1)

 * These details are cross-referenced from this device's contacts

## Native Messages (1)

█████ 8753 (1)



| # | | Deleted |
|---|---|---|
| 1 | **Name:** ████ 8390<br>**Start Time:** 7/3/2022 6:16:39 PM(UTC-4)<br>**Last Activity:** 9/9/2022 9:03:52 AM(UTC-4)<br>**Number of attachments:** 0<br>**Source:** Native Messages<br>**Account:** ████ 8753<br>**Source file:** iPhone (5)/mobile/Library/SMS/sms.db : 0x4AEA47D (Table: chat, message, handle; Size: 88375296 bytes)<br>**Source Extraction:** Advanced Logical<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>████ 8753<br><br>████ 8390<br>Dre * | |



From: ████ 8390 Dre
To: ████ 8753 (owner)

D'Andre Beasley
Dre.beasley23@gmail.com

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 7/3/2022 7:05:32 PM(UTC-4) | |

**Status:** Read

7/3/2022 6:16:39 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x30429C6 (Table: message, handle; Size: 88375296 bytes)



GOVERNMENT
EXHIBIT
1
2:24cr163(4)



From: [REDACTED] 8390 Dre
To: [REDACTED] 8753 (owner)

**5661 Great woods Blvd Columbus Ohio 43231**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] 8753 | | 7/3/2022 7:07:54 PM(UTC-4) | |

**Status:** Read

7/3/2022 7:07:35 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3043F83 (Table: message, handle; Size: 88375296 bytes)



From: [REDACTED] 8753 (owner)
To: [REDACTED] 8390 Dre

**Send new email**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] 8390 Dre | 7/3/2022 7:08:00 PM(UTC-4) | | |

**Status:** Sent

7/3/2022 7:08:00 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x30437F1 (Table: message, handle; Size: 88375296 bytes)

From: [REDACTED] 8390 Dre
To: [REDACTED] 8753 (owner)

**Dre.bro.gotink@gmail.com**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] 8753 | | 7/3/2022 7:09:26 PM(UTC-4) | |

**Status:** Read

7/3/2022 7:09:12 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x30435C1 (Table: message, handle; Size: 88375296 bytes)



From: [REDACTED]8753 (owner)
To: [REDACTED]8390 Dre

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED]8390 Dre | 7/7/2022 6:18:40 PM(UTC-4) | | |

**Status:** Sent

7/7/2022 6:18:39 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3080D8C (Table: message, handle; Size: 88375296 bytes)



From: [REDACTED]8390 Dre
To: [REDACTED]8753 (owner)

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED]8753 | | 7/7/2022 6:18:58 PM(UTC-4) | |

**Status:** Read

7/7/2022 6:18:55 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3080B76 (Table: message, handle; Size: 88375296 bytes)



From: [REDACTED]8753 (owner)
To: [REDACTED]8390 Dre

Call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED]8390 Dre | 7/7/2022 6:19:00 PM(UTC-4) | | |

**Status:** Sent

7/7/2022 6:18:59 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3080997 (Table: message, handle; Size: 88375296 bytes)



**From:** ███████ 8390 Dre
**To:** ███████ 8753 (owner)

Emphasized "D'Andre Beasley
Dre.beasley23@gmail.com"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ 8753 | | 7/7/2022 10:50:13 PM(UTC-4) | |

**Status:** Read

7/7/2022 10:50:10 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x308CEFD (Table: message, handle; Size: 88375296 bytes)



**From:** ███████ 8390 Dre
**To:** ███████ 8753 (owner)

Everything canceled

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ 8753 | | 7/22/2022 12:57:56 PM(UTC-4) | |

**Status:** Read

7/12/2022 8:26:47 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3102F83 (Table: message, handle; Size: 88375296 bytes)

**From:** ███████ 8753 (owner)
**To:** ███████ 8390 Dre

Hit me when u get free

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ 8390 Dre | 7/22/2022 12:58:04 PM(UTC-4) | | |

**Status:** Sent

7/22/2022 12:58:02 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x31A363B (Table: message, handle; Size: 88375296 bytes)

4

From: ████ 8753 (owner)
To: ████ 8390 Dre

**I'm fin push a new order through rn**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/24/2022 11:31:21 AM(UTC-4) | | |

**Status**: Sent

7/24/2022 11:31:19 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x31D4DA5 (Table: message, handle; Size: 88375296 bytes)

From: ████ 8753 (owner)
To: ████ 8390 Dre

**Yooo**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/27/2022 2:36:17 PM(UTC-4) | | |

**Status**: Sent

7/27/2022 2:36:15 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3231A25 (Table: message, handle; Size: 88375296 bytes)



From: ████ 8390 Dre
To: ████ 8753 (owner)

**It's $95 . I gotta go grab cash from the atm**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 7/27/2022 3:24:25 PM(UTC-4) | |

**Status**: Read

7/27/2022 3:24:19 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3235F83 (Table: message, handle; Size: 88375296 bytes)



From: ████ 8753 (owner)
To: ████ 8390 Dre

**Okay Bett**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/27/2022 3:24:30 PM(UTC-4) | | |

**Status**: Sent

7/27/2022 3:24:30 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x323595A (Table: message, handle; Size: 88375296 bytes)



From: ████ 8753 (owner)
To: ████ 8390 Dre

**2680 Orono Pike**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/27/2022 4:15:49 PM(UTC-4) | | |

**Status**: Sent

7/27/2022 4:01:47 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x32364B8 (Table: message, handle; Size: 88375296 bytes)



From: ████ 8753 (owner)
To: ████ 8390 Dre

**Yo**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/27/2022 4:15:49 PM(UTC-4) | | |

**Status**: Sent

7/27/2022 4:13:55 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3236292 (Table: message, handle; Size: 88375296 bytes)



From: ████ 8390 Dre
To: ████ 8753 (owner)

I'm still in here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 7/27/2022 4:21:01 PM(UTC-4) | |

**Status:** Read

7/27/2022 4:20:55 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3239F83 (Table: message, handle; Size: 88375296 bytes)

---

From: ████ 8390 Dre
To: ████ 8753 (owner)

This shit going slow as fuck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 7/27/2022 4:21:01 PM(UTC-4) | |

**Status:** Read

7/27/2022 4:21:01 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3239D78 (Table: message, handle; Size: 88375296 bytes)

---



From: ████ 8753 (owner)
To: ████ 8390 Dre

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/27/2022 4:21:02 PM(UTC-4) | | |

**Status:** Sent

7/27/2022 4:21:02 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3239B65 (Table: message, handle; Size: 88375296 bytes)



From: [redacted] 8390 Dre
To: [redacted] 8753 (owner)

**Hell cat pro if you can find it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] 8753 | | 7/27/2022 11:30:47 PM(UTC-4) | |

**Status:** Read

7/27/2022 6:17:35 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x323A546 (Table: message, handle; Size:
88375296 bytes)



From: [redacted] 8753 (owner)
To: [redacted] 8390 Dre

**Bet**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] 8390 Dre | 7/27/2022 11:33:06 PM(UTC-4) | | |

**Status:** Sent

7/27/2022 11:32:59 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3245F8D (Table: message, handle; Size:
88375296 bytes)



From: [redacted] 8753 (owner)
To: [redacted] 8390 Dre

**I'm fin order it rn**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] 8390 Dre | 7/27/2022 11:33:07 PM(UTC-4) | | |

**Status:** Sent

7/27/2022 11:33:04 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3245D7D (Table: message, handle; Size:
88375296 bytes)



From: ▮▮▮▮▮8390 Dre
To: ▮▮▮▮▮8753 (owner)

**You placed 2 orders?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮8753 | | 7/28/2022 2:03:38 PM(UTC-4) | |

**Status:** Read

7/28/2022 2:03:21 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x324CD76 (Table: message, handle; Size: 88375296 bytes)



From: ▮▮▮▮8753 (owner)
To: ▮▮▮▮8390 Dre

**I think just 1**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮8390 Dre | 7/28/2022 2:03:47 PM(UTC-4) | | |

**Status:** Sent

7/28/2022 2:03:47 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x324CB73 (Table: message, handle; Size: 88375296 bytes)



From: ▮▮▮▮8753 (owner)
To: ▮▮▮▮8390 Dre

**I'm not sure**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮8390 Dre | 7/28/2022 2:03:58 PM(UTC-4) | | |

**Status:** Sent

7/28/2022 2:03:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x324C94F (Table: message, handle; Size: 88375296 bytes)



From: ████ 8390 Dre
To: ████ 8753 (owner)

You end up selling that xd yet gang?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 7/30/2022 1:19:53 PM(UTC-4) | |

Status: Read

7/30/2022 1:17:43 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x328559E (Table: message, handle; Size: 88375296 bytes)



From: ████ 8753 (owner)
To: ████ 8390 Dre

Bro on the road now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 7/30/2022 1:19:59 PM(UTC-4) | | |

Status: Sent

7/30/2022 1:19:58 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x328537B (Table: message, handle; Size: 88375296 bytes)



From: ████ 8390 Dre
To: ████ 8753 (owner)

I gotta buyer for the xd and the Glock if you still gotttem . But the xd for sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 8/9/2022 9:05:08 AM(UTC-4) | |

Status: Read

8/1/2022 4:38:18 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x32A742D (Table: message, handle; Size: 88375296 bytes)



From: ████ 8390 Dre
To: ████ 8753 (owner)

**Any word ?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 8/9/2022 9:05:08 AM(UTC-4) | |

**Status**: Read

8/2/2022 3:49:28 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x32C2D70 (Table: message, handle; Size: 88375296 bytes)



From: ████ 8753 (owner)
To: ████ 8390 Dre

**Yoo bro**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8390 Dre | 8/9/2022 9:05:12 AM(UTC-4) | | |

**Status**: Sent

8/9/2022 9:05:11 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x335A28C (Table: message, handle; Size: 88375296 bytes)



From: ████ 8390 Dre
To: ████ 8753 (owner)

**Yo yo**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 8753 | | 8/23/2022 10:07:08 AM(UTC-4) | |

**Status**: Read

8/9/2022 9:55:48 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x335E8DE (Table: message, handle; Size: 88375296 bytes)



From: ███████ 8390 Dre
To: ███████ 8753 (owner)

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 8753 | | 8/23/2022 10:07:08 AM(UTC-4) | |

Status: Read

8/9/2022 4:06:04 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x3366D65 (Table: message, handle; Size: 88375296 bytes)



From: ███████ 8390 Dre
To: ███████ 8753 (owner)

Aye gang .. my car payment ain't go through

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 8753 | | 8/23/2022 10:07:08 AM(UTC-4) | |

Status: Read

8/10/2022 12:02:53 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x336D2BA (Table: message, handle; Size: 88375296 bytes)



From: ███████ 8390 Dre
To: ███████ 8753 (owner)

What's up?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 8753 | | 8/23/2022 10:07:08 AM(UTC-4) | |

Status: Read

8/10/2022 12:02:56 PM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x336EF83 (Table: message, handle; Size: 88375296 bytes)

From: ███████ 8390 Dre
To: ███████ 8753 (owner)

You got something you send … niggas looked out and you ran off.. that shit sunt player gang . That's Rat shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 8753 | | 8/23/2022 10:07:08 AM(UTC-4) | |

**Status**: Read

8/23/2022 10:06:52 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x344A488 (Table: message, handle; Size: 88375296 bytes)

From: ███████ 8390 Dre
To: ███████ 8753 (owner)

No cap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 8753 | | 8/23/2022 10:07:08 AM(UTC-4) | |

**Status**: Read

8/23/2022 10:06:56 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x344A1C0 (Table: message, handle; Size: 88375296 bytes)



From: ███████ 8753 (owner)
To: ███████ 8390 Dre

Yo gang

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ 8390 Dre | 9/9/2022 9:03:54 AM(UTC-4) | | |

**Status**: Sent

9/9/2022 9:03:52 AM(UTC-4)

Source Extraction:
Advanced Logical
Source Info:
iPhone (5)/mobile/Library/SMS/sms.db : 0x35D9949 (Table: message, handle; Size: 88375296 bytes)